IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BRIDGER JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>ESTES EXPRESS LINES, a corporation, and JOHN DOE, an individual,<br><br>Defendants. | CV 25–84–BU–DWM<br><br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED. The September 28, 2026 jury trial is VACATED.

DATED this 13th day of January, 2026.

_____
Donald W. Molloy, District Judge
United States District Court